USDC SCAN INDEX SHEET

















CAG    7/25/06    16:03

3:04-CR-02496    USA V. CRUZ-MURILLO

*42*

*CRAPPO.*



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUN 29 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-50017 |
| Plaintiff - Appellee, | D.C. No. CR-04-02496-JAH<br>Southern District of California,<br>San Diego |
| v. | |
| JESUS CRUZ-MURILLO, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner

The motion of Darlene M. Ricker, Esq., P.O. Box 2285, Malibu, California 90265, (310) 457-8600, to withdraw as counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Sean K. Kennedy, Acting Federal Public Defender, 321 East Second Street, Los Angeles, California 90012-4206 (FAX: (213) 894-0081), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by August 15, 2006. The transcript is due September 14, 2006. Appellant's opening brief and excerpts of record are due October 24, 2006; appellee's answering brief is due

06-50017

November 27, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

Pursuant to counsel Ricker's request, counsel Ricker shall receive no compensation under the Criminal Justice Act for this appeal.

The clerk shall serve this order on former counsel.

*Peter L. Shaw*
General Order 6.3(e)